UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ERLINDA EMATA, | ) | Case No.: 12-CV-03436-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO FILE SETTLEMENT |
| | ) | STATUS REPORT |
| TRAVELERS COMMERCIAL INSURANCE, CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 11, 2012, the parties attended a mediation with Martin Quinn of JAMS. *See* ECF No. 28. The parties reached a settlement agreement. *See id.* The Court hereby ORDERS the parties to file a stipulation of dismissal or a settlement status report indicating when the parties will file a stipulation of dismissal by January 3, 2013.

**IT IS SO ORDERED.**

Dated: December 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03436-LHK
ORDER TO FILE SETTLEMENT STATUS REPORT