G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:(510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
         jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ERLINDA EMATA, | Case No. 12-CV-03436LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** |
| vs. | |
| TRAVELERS COMMERCIAL INSURANCE COMPANY; DOES 1 through 10, inclusive, | [Rule 41(a)(2), Fed. R.Civ.P.] |
| Defendants. | |

1. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release In Full; and

2. WHEREAS, Plaintiff Erlinda Emata, has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

///

///

///

4. The parties to this action agree, through their respective attorneys, that Plaintiff Erlinda Emata, hereby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

**IT IS SO STIPULATED.**

DATED: January 3, 2013  **FLYNN, ROSE & PERKINS**

By: /s/ Gary S. Rose
Gary S. Rose
Susan D. Perlmulder
Attorneys for Plaintiff ERLINDA EMATA

DATED: January 3, 2013  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ G. Edward Rudloff, Jr.
G. Edward Rudloff, Jr.
Jennifer N. Wahlgren
Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

## ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.

DATED: January 4, 2013

*Lucy H. Koh*

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500