G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:(510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
           jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ERLINDA EMATA, | Case No.  12-CV-03436LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** |
| vs. | |
| TRAVELERS COMMERCIAL INSURANCE COMPANY; DOES 1 through 10, inclusive, | [Rule 41(a)(2), Fed. R.Civ.P.] |
| Defendants. | |

1. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release In Full; and

2. WHEREAS, Plaintiff Erlinda Emata, has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

///

///

///

1
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON Case No.  12-CV-03436LHK

4.      The parties to this action agree, through their respective attorneys, that Plaintiff Erlinda Emata, hereby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

**IT IS SO STIPULATED.**

DATED: January 3, 2013         **FLYNN, ROSE & PERKINS**

By:   /s/ Gary S. Rose
        Gary S. Rose
        Susan D. Perlmulder
        Attorneys for Plaintiff ERLINDA EMATA

DATED: January 3, 2013         **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ G. Edward Rudloff, Jr.
        G. Edward Rudloff, Jr.
        Jennifer N. Wahlgren
        Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

### ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.

DATED: January 4, 2013

_Lucy H. Koh_
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE